UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| LEE, PAUL DAVID | § | Case No. 09-14356 |
| LEE, LINDA ROSEMARY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/17/2011 in Courtroom 619,

United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/13/2011                    By: _____

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LEE, PAUL DAVID | § | Case No. 09-14356 |
| LEE, LINDA ROSEMARY | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,300.94 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 3,300.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 825.24 | $ 0.00 | $ 825.24 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 1,874.00 | $ 0.00 | $ 1,874.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,699.24 |
| Remaining Balance | $ 601.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,386.92 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First National Bank of Omaha | $ 2,445.37 | $ 0.00 | $ 102.27 |
| 000002 | Amalgamated BK/Mastercard | $ 3,766.06 | $ 0.00 | $ 157.51 |
| 000003 | Chase Bank USA,N.A | $ 1,952.83 | $ 0.00 | $ 81.67 |
| 000004 | Thomas C. Sonneveld DDS, MS, Ltd. | $ 1,650.00 | $ 0.00 | $ 69.01 |
| 000005 | FIA Card Services, NA | $ 2,154.92 | $ 0.00 | $ 90.12 |
| 000006 | Capital Recovery IV LLC | $ 2,417.74 | $ 0.00 | $ 101.12 |

Total to be paid to timely general unsecured creditors    $    601.70

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-14356-JPC
Paul David Lee                                                      Chapter 7
Linda Rosemary Lee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons          Page 1 of 2          Date Rcvd: Oct 14, 2011
                              Form ID: pdf006         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2011.
```
db/jdb     +Paul David Lee,   Linda Rosemary Lee,   15205 Linden Drive,   Oak Forest, IL 60452-1506
13817444    Amalgamated BK/Mastercard,   P.O. Box 1106,   Chicago, IL 60690-1106
13817445   +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
13817446   +Bluegreen Corp,   4960 Blue Lake Dr,   Boca Raton, FL 33431-4453
16408291   +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
13817448   +First Midwest Bank/na,   214 Washington St,   Waukegan, IL 60085-5618
16266542   +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
13817449   +Gdyr/cbusa,   Po Box 20483,   Kansas City, MO 64195-0483
13817453   +Ingalls Memorial Hospital,   One Ingalls Drive,   Harvey, IL 60426-3591
13817452    Ingalls Memorial Hospital,   P.O. Box 75608,   Chicago, IL 60675-5608
13817454   +J Deere Crdt,   8402 Excelsior Dr.,   Madison, WI 53717-1909
13817455   +Joseph Solek, DDS,   14512 John Humphrey Drive, #1,   Orland Park, IL 60462-2912
13817457   +Law Office of Kris C. Tsitsis,   440 West Irving Park Road,   Schaumburg, IL 60172-1138
13817458    MCU Visa,   P.O. Box 2858,   Omaha, NE 68103-2858
13817459   +Meadows Cu,   3350 W Salt Creek Ln Ste,   Arlington Heights, IL 60005-5023
13817461   +Oak Forest Animal Clinic, P.C.,   15701 South Cicero Avenue,   Oak Forest, IL 60452-3693
13817462    RadioShack Credit Plan,   Processing Center,   Des Moines, IA 50364-0001
13817463   +Receivables Management Inc. (RMI)/ Mortg,   Attn: Bankruptcy,   3348 Ridge Rd,
             Lansing, IL 60438-3112
13817464   +Rush University Medical Center,   Rush Behavioral Sytems,   2001 Butterfield Road, Suite 220,
             Downers Grove, IL 60515-5466
13817465    Sears,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
13817466   +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
13817468   +Thomas C. Sonneveld DDS, MS, Ltd.,   9631 W. 153rd,   Orland Park, IL 60462-3774
13817472   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court: Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
             Cincinnati, OH 45201)
13817470   +Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13817471   +Us Bank Home Mortgage,   Attn: Bankruptcy Dept,   Po Box 5229,   Cincinnati, OH 45201-5229
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16600944     E-mail/PDF: rmscedi@recoverycorp.com Oct 15 2011 03:16:59     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13817447    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 15 2011 03:00:43     Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
16599981     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 15 2011 02:54:47
             Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
13817450    +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2011 03:16:57     Gemb/jcp,   Attention: Bankruptcy,
             Po Box 103106,   Roswell, GA 30076-9106
13817451    +E-mail/Text: Bankruptcy@icsystem.com Oct 15 2011 01:44:36     I C System Inc,   Po Box 64378,
             Saint Paul, MN 55164-0378
13817456    +E-mail/PDF: cr-bankruptcy@kohls.com Oct 15 2011 03:05:50     Kohls,   Attn: Recovery,
             Po Box 3120,   Milwaukee, WI 53201-3120
13817460    +E-mail/Text: bankrup@nicor.com Oct 15 2011 01:40:20     Nicor Gas,
             Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
13817467    +E-mail/Text: bkr@cardworks.com Oct 15 2011 01:42:51     Spiegel,   Attn: Bankruptcy,
             Po Box 9204,   Old Bethpage, NY 11804-9004
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13817469   ##+Transworld Sytems,   P.O. Box 1864,   Santa Rosa, CA 95402-1864
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: csimmons            Page 2 of 2            Date Rcvd: Oct 14, 2011
                              Form ID: pdf006           Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2011**                          **Signature:**       *Joseph Speetjens*