UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
LEE, PAUL DAVID § Case No. 09-14356
LEE, LINDA ROSEMARY §
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES <br>    AND CHARGES <br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter   on                . The case was pending for     months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____  By:/s/Frances Gecker_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bluegreen Corp 4960 Blue Lake Dr Boca Raton, FL 33431 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank/na 214 Washington St Waukegan, IL 60085 | | | | | |
| | Us Bank Home Mortgage Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| FRANK/GECKER LLP | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amalgamated BK/Mastercard P.O. Box 1106 Chicago, IL 60690-1106 | | | | | |
| | Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Gdyr/cbusa Po Box 20483 Kansas City, MO 64195 | | | | | |
| | I C System Inc Po Box 64378 Saint Paul, MN 55164 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ingalls Memorial Hospital P.O. Box 75608 Chicago, IL 60675-5608 | | | | | |
| | Ingalls Memorial Hospital P.O. Box 75608 Chicago, IL 60675-5608 | | | | | |
| | J Deere Crdt 8402 Excelsior Dr. Madison, WI 53705 | | | | | |
| | Joseph Solek, DDS 14512 John Humphrey Drive, #1 Orland Park, IL 60462 | | | | | |
| | Kohls Attn: Recovery Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Law Office of Kris C. Tsitsis 440 West Irving Park Road Schaumburg, IL 60172 | | | | | |
| | Meadows Cu 3350 W Salt Creek Ln Ste Arlington Heights, IL 60005 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Oak Forest Animal Clinic, P.C. 15701 South Cicero Avenue Oak Forest, IL 60452 | | | | | |
| | RadioShack Credit Plan Processing Center Des Moines, IA 50364-0001 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Rush University Medical Center Rush Behavioral Sytems 2001 Butterfield Road, Suite 220 Downers Grove, IL 60515 | | | | | |
| | Sears P.O. Box 6283 Sioux Falls, SD 57117-6283 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Spiegel Attn: Bankruptcy Po Box 9204 Old Bethpage, NY 11804 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| 000002 | AMALGAMATED BK/MASTERCARD | | | | | |
| 000006 | CAPITAL RECOVERY IV LLC | | | | | |
| 000003 | CHASE BANK USA,N.A | | | | | |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000001 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| 000004 | THOMAS C. SONNEVELD DDS, MS, LTD. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No.: | 09-14356 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | LEE, PAUL DAVID | | | Date Filed (f) or Converted (c): | 04/22/09 (f) |
| | LEE, LINDA ROSEMARY | | | 341(a) Meeting Date: | 06/11/09 |
| For Period Ending: | 01/09/12 | | | Claims Bar Date: | 01/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME LOCATION: 15205 LINDEN DRIVE, O  Debtor Claimed Exemption | 207,700.00 | 162,951.95 | DA | 0.00 | FA |
| 2. BLUE GREEN TIME SHARE | 7,470.00 | 2,007.33 | DA | 0.00 | FA |
| 3. SINGLE FAMILY HOME SEC. 8, TWP 31, REYNOLDS COUNTY  Debtor Claimed Exemption | 15,550.00 | 9,265.00 | | 3,300.00 | FA |
| 4. CHECKING ACCOUNT MEADOWS CREDIT UNION 3350 S. CREE  Debtor Claimed Exemption | 5.00 | 0.00 | | 0.00 | FA |
| 5. SAVING ACCOUNT MEADOWS CREDIT UNION 3350 S. CREEK  Debtor Claimed Exemption | 5.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT MEADOWS CREDIT UNION 3350 S. CREE  Debtor Claimed Exemption | 700.00 | 0.00 | | 0.00 | FA |
| 7. SAVINGS ACCOUNT MEADOWS CREDIT UNION 3350 S. CREEK  Debtor Claimed Exemption | 5.00 | 0.00 | | 0.00 | FA |
| 8. VARIOUS FURNITURE LOCATION: 15205 LINDEN DRIVE, OA  Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. VARIOUS CLOTHING LOCATION: 15205 LINDEN DRIVE, OAK  Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 16.05a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 09-14356 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | LEE, PAUL DAVID | | | Date Filed (f) or Converted (c): | 04/22/09 (f) |
| | LEE, LINDA ROSEMARY | | | 341(a) Meeting Date: | 06/11/09 |
| | | | | Claims Bar Date: | 01/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. 91 FORD MUSTANG, 124,000 MILES LOCATION: 15205 LIN  Debtor Claimed Exemption | 2,212.00 | 0.00 | | 0.00 | FA |
| 11. 1994 FORD RANGER, 185,000 MILES LOCATION: 15205 LI  Debtor Claimed Exemption | 2,557.50 | 0.00 | | 0.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.94 | Unknown |

TOTALS (Excluding Unknown Values)         $237,604.50         $174,224.28         $3,300.94         Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A FINAL REPORT IN THIS CASE.

Initial Projected Date of Final Report (TFR): 10/01/10        Current Projected Date of Final Report (TFR): 10/01/10

     /s/    Frances Gecker
_____        Date: _____
     FRANCES GECKER

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-14356 -JPC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | LEE, PAUL DAVID | | Bank Name: | BANK OF AMERICA |
| | LEE, LINDA ROSEMARY | | Account Number / CD #: | *******5638  MONEY MARKET |
| Taxpayer ID No: | *******1078 | | | |
| For Period Ending: | 01/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/27/10 | 3 | James A. Lee<br>Rebecca J. Lee<br>14939 S. 81st Ave.<br>Orland Park, IL  60462 | | 1110-000 | 2,500.00 | | 2,500.00 |
| 05/28/10 | 12 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,500.06 |
| * 06/10/10 | 3 | James A. Lee<br>Rebecca J. Lee<br>14939 S. 81st Ave.<br>Orland Park, IL  60462 | | 1110-003 | 200.00 | | 2,700.06 |
| * 06/10/10 | 3 | James A. Lee<br>Rebecca J. Lee<br>14939 S. 81st Ave.<br>Orland Park, IL  60462 | VOID<br>Typo on the issuer of check | 1110-003 | -200.00 | | 2,500.06 |
| 06/10/10 | 3 | Paul D. Lee<br>15205 Linden Drive<br>Oak Forest, IL  60452 | | 1110-000 | 200.00 | | 2,700.06 |
| 06/30/10 | 12 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,700.13 |
| 07/15/10 | 3 | Paul D. Lee | | 1110-000 | 200.00 | | 2,900.13 |
| 07/30/10 | 12 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,900.20 |

Page Subtotals   2,900.20   0.00

Ver: 16.05a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-14356 -JPC | | Trustee Name: | Frances Gecker |
| Case Name: | LEE, PAUL DAVID | | Bank Name: | BANK OF AMERICA |
| | LEE, LINDA ROSEMARY | | Account Number / CD #: | *******5638  MONEY MARKET |
| Taxpayer ID No: | *******1078 | | | |
| For Period Ending: | 01/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/16/10 | 3 | Paul D. Lee<br>15205 Linden Dr.<br>Oak Forest, IL  60452 | | 1110-000 | 200.00 | | 3,100.20 |
| 08/31/10 | 12 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,100.28 |
| 09/14/10 | 3 | Paul D. Lee<br>15205 Linden Dr.<br>Oak Forest, IL  60452 | | 1110-000 | 200.00 | | 3,300.28 |
| 09/30/10 | 12 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,300.36 |
| 10/29/10 | 12 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,300.44 |
| 11/30/10 | 12 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,300.53 |
| 12/31/10 | 12 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,300.61 |
| 01/31/11 | 12 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,300.69 |
| 02/28/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,300.72 |
| 03/31/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,300.75 |
| 04/29/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,300.78 |
| 05/31/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,300.81 |
| 06/30/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,300.84 |

Page Subtotals    400.64    0.00

Ver: 16.05a

Page: 3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-14356 -JPC | | Trustee Name: | Frances Gecker |
| Case Name: | LEE, PAUL DAVID | | Bank Name: | BANK OF AMERICA |
| | LEE, LINDA ROSEMARY | | Account Number / CD #: | *******5638 MONEY MARKET |
| Taxpayer ID No: | *******1078 | | | |
| For Period Ending: | 01/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,300.87 |
| 08/31/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,300.90 |
| 09/30/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,300.93 |
| 10/13/11 | 12 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,300.94 |
| 10/13/11 | | Transfer to Acct #*******5728 | Final Posting Transfer | 9999-000 | | 3,300.94 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 3,300.94 | 3,300.94 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,300.94 | |
| Subtotal | 3,300.94 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,300.94 | 0.00 | |

Page Subtotals 0.10 3,300.94

Ver: 16.05a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-14356 -JPC | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | LEE, PAUL DAVID | Bank Name: | BANK OF AMERICA |
| | LEE, LINDA ROSEMARY | Account Number / CD #: | *******5728 GENERAL CHECKING |
| Taxpayer ID No: | *******1078 | | |
| For Period Ending: | 01/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/13/11 | | Transfer from Acct #*******5638 | Transfer In From MMA Account | 9999-000 | 3,300.94 | | 3,300.94 |
| 11/18/11 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 825.24 | 2,475.70 |
| 11/18/11 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,874.00 | 601.70 |
| 11/18/11 | 001002 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Claim 000001, Payment 4.18% | 7100-000 | | 102.27 | 499.43 |
| 11/18/11 | 001003 | Amalgamated BK/Mastercard<br>P.O. Box 1106<br>Chicago, IL 60690-1106 | Claim 000002, Payment 4.18% | 7100-000 | | 157.51 | 341.92 |
| 11/18/11 | 001004 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000003, Payment 4.18% | 7100-000 | | 81.67 | 260.25 |
| 11/18/11 | 001005 | Thomas C. Sonneveld DDS, MS, Ltd.<br>9631 W. 153rd | Claim 000004, Payment 4.18% | 7100-000 | | 69.01 | 191.24 |

Page Subtotals  3,300.94  3,109.70

Ver: 16.05a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-14356 -JPC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | LEE, PAUL DAVID | | Bank Name: | BANK OF AMERICA |
| | LEE, LINDA ROSEMARY | | Account Number / CD #: | *******5728 GENERAL CHECKING |
| Taxpayer ID No: | *******1078 | | | |
| For Period Ending: | 01/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Orland Park, IL 60462 | | | | | |
| 11/18/11 | 001006 | FIA Card Services, NA<br>Bank of America<br>c/o American Infosource LP<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000005, Payment 4.18% | 7100-000 | | 90.12 | 101.12 |
| 11/18/11 | 001007 | Capital Recovery IV LLC<br>c/o Recovery Management Systems<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 4.18% | 7100-000 | | 101.12 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,300.94 | 3,300.94 | 0.00 |
| Less: Bank Transfers/CD's | 3,300.94 | 0.00 | |
| Subtotal | 0.00 | 3,300.94 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3,300.94 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5638 | 3,300.94 | 0.00 | 0.00 |
| GENERAL CHECKING - ********5728 | 0.00 | 3,300.94 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 3,300.94 | 3,300.94 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     191.24

Ver: 16.05a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-14356 -JPC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | LEE, PAUL DAVID | | Bank Name: | BANK OF AMERICA |
| | LEE, LINDA ROSEMARY | | Account Number / CD #: | *******5728 GENERAL CHECKING |
| Taxpayer ID No: | *******1078 | | | |
| For Period Ending: | 01/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Frances Gecker, Trustee

Trustee's Signature: ____/s/ Frances Gecker_____ Date: 01/17/12
FRANCES GECKER

Page Subtotals 0.00 0.00

Ver: 16.05a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)